**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Katie Booker and Jermaine Booker, Defendants,

Of whom Katie Booker is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000696

―――――――――――――

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

―――――――――――――

Unpublished Opinion No. 2016-UP-399
Submitted July 21, 2016 – Filed August 2, 2016

―――――――――――――

**AFFIRMED**

―――――――――――――

Samuel C. Weldon, of Weldon Hammond Law Firm, LLC, of Greenville, for Appellant.

Jonathan Drew Hammond, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:** Katie Booker appeals the family court's merits hearing order removing her three minor children. *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. *See also S.C. Dep't of Soc. Servs. v. Frederick Downer, Sr.*, S.C. Sup. Ct. Order dated Feb. 2, 2005 ("[W]e expand the procedure set forth in *Cauthen* to situations . . . where an indigent person appeals from an order imposing other measures short of termination of parental rights, such as removal, based on child abuse and neglect."). Accordingly, we affirm the family court's ruling and relieve Booker's counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.